UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CEDRIC A. GLAZE

        **Plaintiff,**                Case No. 2:22-cv-2855
                                         JUDGE EDMUND A. SARGUS, JR.
        v.                             Magistrate Judge Elizabeth P. Deavers

DONALS MORGAN, *et al.*,

        **Defendants.**

## OPINION AND ORDER

Plaintiff is proceeding without the assistance of counsel in this prisoner civil rights litigation. On February 3, 2023, the Magistrate Judge issued a Report and Recommendation (ECF No. 6), in which she recommended dismissing some claims and declining jurisdiction over some claims. The time for filing objections has passed and no objection has been filed. The Court, therefore, **ADOPTS** the Report and Recommendation.

For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** the complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), with the exception of Plaintiff's First Amendment retaliation and Eighth Amendment claims against defendants Cash, Starvers, Pinson, Tedesko, Rapyole, Braxton, John Doe #4, Shoemaker, Doughty, Ewry, Walter, Brown, Knight, Angelo, Spitnagel, Charlton, Sheppard, and Bailey; his First Amendment retaliation claims against Shoemaker, Gibson, Bryan Wellinghoff, Smith, Erdos, Deihl. Eighth Amendment, deliberate indifference claims against Ragland, Kovaleski, John Doe #3, and Lindsay; his First Amendment retaliation and due process claims against defendants Lyons, Mrs. Wellinghoff, and Erdos; and supplemental state-law claims against these defendants. The Court **DECLINES** to

exercise supplemental jurisdiction under 28 U.S.C. § 1367(c)(3) over any state-law claims against dismissed defendants Wilkins, Baldmin, Chapman, Kyle, Newman, and Bethel, and **DISMISSES** any such claims without prejudice.

    **IT IS SO ORDERED.**

**4/12/2023**                               **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT COURT**